UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION

11 FEB 24 PM 12: 45

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

| | |
|---|---|
| PHILIP K. PARTON,<br><br>Plaintiff,<br><br>v.<br><br>MERCANTILE ADJUSTMENT BUREAU, LLC and RIVERWALK HOLDINGS, LTD.,<br><br>Defendants. | CASE NO.<br><br>1:11-cv-0291 SEB-TAB |

## COMPLAINT

### I. INTRODUCTION

1. This is an action for actual and statutory damages, costs of the action and a reasonable attorney's fee brought by Philip K. Parton for violation of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq., by Defendants.

### II. JURISDICTION

2. Jurisdiction of this court arises under 15 U.S.C. § 1692k(d), 28 U.S.C. §§ 1331 and 1337.

### III. PLAINTIFF

3. Plaintiff Philip K. Parton is a natural person residing in Hamilton County, Indiana.

### IV. DEFENDANT

4. Defendant Mercantile Adjustment Bureau, LLC (hereinafter "Mercantile") is a for-profit foreign limited liability company with its principal place of business in Williamsville, New York.

5. At all times referenced herein, Mercantile was operating as a debt collector in the State of Indiana as defined by 15 U.S.C. § 1692a(6).

6. Defendant Riverwalk Holdings, Ltd. (hereinafter "Riverwalk") is a for-profit foreign limited partnership with its principal place of business in Colleyville, Texas.

7. At all times referenced herein, Riverwalk was operating as a debt collector in the State of Indiana as defined by 15 U.S.C. § 1692a(6).

## V. STATEMENT OF FACTS

8. Defendants sent Plaintiff the letter attached hereto as Exhibit A.

9. Plaintiff does not owe the debt he is alleged to owe in Exhibit A.

## VI. CLAIMS FOR RELIEF

### A. Fair Debt Collection Practices Act

10. Plaintiff repeats, re-alleges and incorporates by reference paragraphs one through nine above.

11. Mercantile and Riverwalk violated the Fair Debt Collection Practices Act. These violations include, but are not limited to:

   a. Attempting to collect a debt that Plaintiff does not owe, in violation of 15 U.S.C. § 1692d;

   b. Falsely representing the amount and legal status of a debt, in violation of 15 U.S.C. § 1692e.

12. As a result of these violations of the Fair Debt Collection Practices Act, Defendants are liable to Plaintiff for his actual damages, statutory damages, costs, attorney fees and all other appropriate relief.

WHEREFORE, Plaintiff respectfully requests that the Court enter judgment in his favor and against Defendants in an amount that will compensate him for his actual damages, statutory damages, costs, attorney fees and all other appropriate relief.

Respectfully submitted,

_____
Robert E. Duff, Atty No. 16392-06
Indiana Consumer Law Group/
The Law Office of Robert E. Duff
380 Mount Zion Road, Suite C
Lebanon, IN 46052
800-817-0461
robert@robertdufflaw.com